# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MERCEDES ZEDZIE**,

      **Plaintiff,**

Hon. Nancy G. Edmunds
Case No. 16-11035

v.

**FIRST NATIONAL COLLECTION BUREAU, INC.**

    **Defendant.**

---

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Defendant.

Respectfully submitted,

/s/Brian P. Parker
Law Offices of Brian P. Parker, P.C.
Brian P. Parker (P48617)
Attorney for Plaintiff